ANTHONY FISCHETTO, complainant-respondent,

*v.*

MARY AUFIERO et al., defendants-appellants.

[Argued February 7th, 1947. Decided May 15th, 1947.]

*Mr. Edward Stover,* for the appellants.

*Mr. Stephen Mongiello,* for the respondent.

PER CURIAM.

Our examination of the record and the arguments of counsel leads to the conclusion that the order under review should be affirmed.

The order is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McLEAN, JJ. 13.

*For reversal*—None.